IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOYLE G. CASEY                                                  PLAINTIFF

        v.                       Civil No. 04-6091

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                  DEFENDANT

## **JUDGMENT**

On this 4th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Jon Gann, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,628.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                 /s/ Bobby E. Shepherd
                                                                  HONORABLE BOBBY E. SHEPHERD
                                                                  UNITED STATES MAGISTRATE JUDGE